## COFFEE *et al.* v. COFFEE.

TURNER, J. 1. A will can not be revoked by mere declarations, made by the testator after the date of his will, indicating an intention on his part to revoke it ; nor by such declarations made by him in connection with the execution of deeds conveying a portion of the property covered by the will. See Civil Code, §§ 3341–3345.

2. The evidence in the present case demanded a finding that there was no revocation of the will offered for probate ; and this being true, the errors, if any, committed by the trial judge in charging the jury as to this branch of the case do not afford cause for a new trial.

3. No material error was committed in instructing the jury as to the law relating to the appointment of an administrator with the will annexed ; and no reason appears for setting aside their verdict.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued January 27, — Decided February 15, 1904.

Probate of will. Before Judge Evans. Dodge superior court. June 16, 1903.

*DeLacy & Bishop*, for plaintiffs in error.
*E. D. Graham*, contra.